UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPPORAH FILMS, INC.,

Plaintiff

-v-

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER, INC.

Defendants

Case No. 06 CV 6451 DC

ECF Case

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NONE

Date: August 24, 2006

Signature of Attorney

Attorney Bar Code: 2097

Form Rule7_1.pdf