AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

ZIPPORAH FILMS, INC.,

        Plaintiff,

V.

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER, INC.,

        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**06 CV 6451**

**JUDGE CHIN**

TO: (Name and address of defendant)

Madison Square Garden, L.P.
Four Pennsylvania Plaza
New York, NY 10121

Madison Square Garden Center, Inc.
Two Pennsylvania Plaza
New York, NY 10121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-6220

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

J. MICHAEL McMAHON

CLERK

_Jessica Doss_ (signature)

(BY) DEPUTY CLERK

DATE: AUG 2 5 2006

Dockets.Justia.com

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 06 CV 6451

Date Filed: _____

Plaintiff:
ZIPPORAH FILMS, INC.

vs.

Defendant:
MADISON SQUARE GARDEN, L.P., MADISON SQUARE GARDEN CENTER, INC.

Received by ASK Litigation Support, Inc. to be served on **MADISON SQUARE GARDEN CENTER, INC., Two Pennsylvania Plaza, New York, NY 10121**.

I, Simon Kahn, being duly sworn, depose and say that on the **29th day of August, 2006 at 12:15 pm**, I:

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge's and Magistrate's Rules including ECF Rules, Instructions and Procedures** to Chris Crane, Manaer, Contract Administration and that said documents were in actuality delivered to the business at the location stated above

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 165, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 30th day of August, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

YOUN H LEE
Notary Public, State of New York
No 01LE5075774
Qualified Queens County
Commission Expires April ... 2007

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2006000715

Copyright © 1992-2005 Database Services Inc - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 06 CV 6451                                                                Date Filed: _____

Plaintiff:
**ZIPPORAH FILMS, INC.**

vs.

Defendant:
**MADISON SQUARE GARDEN, L.P., MADISON SQUARE GARDEN CENTER, INC.**

Received by ASK Litigation Support, Inc. to be served on **MADISON SQUARE GARDEN, L.P., Two Pennsylvania Plaza, New York, NY 10121**.

I, Simon Kahn, being duly sworn, depose and say that on the **29th day of August, 2006 at 12:15 pm, I:**

Personally delivered a true copy of the **Summons & Complaint, Rule 7.1 Statement, Judge's and Magistrate's Rules including ECF Rules, Instructions and Procedures** to Chris Crane, Manager, Contract Administration and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'0", Weight: 165, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 30th day of August, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

YOUN H. LEE
Notary Public, State of New York
No. 01LE5075774
Qualified Queens County
Commission Expires April 7, 2007

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2006000714