UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPPORAH FILMS, INC.,

                Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER,
INC.,

                Defendants.

06 CV 6451 (DC)

**ELECTRONICALLY FILED**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel on behalf of Madison Square Garden, L.P. ("MSG") and Madison Square Garden Center (an unincorporated and now defunct division of MSG), discloses as follows:

MSG is a limited partnership organized and existing as an entity under the laws of the state of Delaware. MSG is a subsidiary of Rainbow Media Holding LLC, which is a unit of Cablevision Systems Corporation. Cablevision Systems Corporation, a publicly held corporation incorporated under the laws of Delaware, owns 100% of the stock of MSG.

Dated: September 18, 2006
       New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

_____
Richard I. Werder, Jr. (RW 5061)
Robert L. Raskopf (RR 5022)
Jonathan D. Marcus (JM 1885)
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7000

**ATTORNEYS FOR DEFENDANT
MADISON SQUARE GARDEN, L.P.**