UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZIPPORAH FILMS, INC.,

            Plaintiff,

   - against -

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER, INC.,

            Defendants.

06 CV 6451 (DC)

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

---

To the Clerk of the Court:

Please take notice of the appearance of Robert L. Raskopf on behalf of Defendants Madison Square Garden, L.P. ("MSG") and Madison Square Garden Center (an unincorporated and now defunct division of MSG).

Please email notices of all filings on ECF to robertraskopf@quinnemanuel.com and jonmarcus@quinnemanuel.com.

Dated: September 18, 2006
      New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

_/s/_

Richard I. Werder, Jr. (RW 3061)
Robert L. Raskopf (RR 5022)
Jonathan D. Marcus (JM 1885)
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7000

**ATTORNEYS FOR DEFENDANT
MADISON SQUARE GARDEN, L.P.**