UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPPORAH FILMS, INC.,

                Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER,
INC.,

                Defendants.

06 CV 6451 (DC)

**TEMPORARY ORDER TO SEAL EXHIBIT D OF THE COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/06

Zipporah Films, Inc. v. Madison Square Garden, L.P. et al    Doc. 9

## TEMPORARY ORDER

THIS MATTER having been brought before the Court on application of defendant Madison Square Garden, L.P. ("MSG") for a Temporary Order sealing Exhibit D of the Complaint (the "Film"), and the Court having found that 1) the Film, as currently constituted, contains MSG's proprietary and confidential information and includes segments for which the necessary consent of various third parties has not yet been obtained; and 2) that public disclosure of the Film will cause irreparable harm to MSG's reputation and its relationships with employees and clients; NOW THEREFORE, it is hereby

ORDERED that the clerk of the court shall forthwith place Exhibit D to the Complaint in this action under seal pending further order of this Court.

DATED: December 13, 2006

SO ORDERED:

                                                Hon. Denny Chin
                                                U.S.D.J.