UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPPORAH FILMS, INC.,

          PLAINTIFF,

-AGAINST-

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER, INC.,

          DEFENDANTS.

CASE NO. 06 CV 6451 (DC)

**ELECTRONICALLY FILED**

## DEFENDANT'S MOTION TO SEAL EXHIBIT D TO THE COMPLAINT

PLEASE TAKE NOTICE that by leave of the Court, upon the attached Declaration of Robert A. Brandon, sworn to on the 10th day of January 2007, the exhibit annexed thereto, and the accompanying Memorandum of Law, Defendant and Counterclaimant Madison Square Garden, L.P. by its attorneys Quinn Emanuel Urquhart Oliver & Hedges LLP hereby moves this Court for an Order sealing Exhibit D to the Complaint until further Order of the Court.

Dated: January 12, 2007
New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

s/ Robert L. Raskopf
Robert L. Raskopf (RR 5022)
Jonathan D. Marcus (JM 1885)
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7000

**ATTORNEYS FOR DEFENDANT
MADISON SQUARE GARDEN, L.P.**