**ROBERT A. BRANDON**
Senior Vice President
Legal & Business Affairs



January 31, 2005

Harlem Globetrotters International, Inc.
400 East Van Buren
Suite 300
Phoeniz Arizona 85004
Attention: Bill Barrett

        Re: "The Garden" Documentary by Frederick Wiseman

Dear Mr. Barrett:

    In 1997, MSG advised members of your on-site production or publicity staff that Mr. Frederick Wiseman, a widely acclaimed documentary filmmaker, would be in our building for several months during which he would be filming MSG management meetings, day-to-day operations and general preparations leading up to the presentation of the many entertainment and sporting events hosted by the Garden every year. During his presence at the Garden, Mr. Wiseman also filmed certain portions of your event (Harlem Globetrotters) and other productions at the Garden.

    Although our written agreement with Mr. Wiseman mandated that he obtain all necessary consents from you and other third parties, it has come to our attention that he may not have obtained such consents. While MSG agreed to advise your organization and other clients on his behalf regarding the filming in order to facilitate the project, most of our clients conditionally permitted the filming subject to a subsequent review and final approval of the footage. It was always our expectation as well as Mr. Wiseman's representation that he would obtain the consent of any third parties who were depicted, or whose events were depicted, in the final version of the documentary prior to distributing it.

    Mr. Wiseman did not complete the film and furnish us with a copy for our review until November, 2004. Since seven years had elapsed, we had assumed that Mr. Wiseman had abandoned his project. Thus, it was only recently that we discovered that the film includes footage filmed at your event. Mr. Wiseman intends to exhibit the film at various international film festivals, and has licensed it to PBS for initial broadcast in March, 2005. It is very possible that you will find this film to be an appealing form of promotional exposure for your property. Because you are a valued and long-time client, we are advising you of these matters so that you might pursue the issue further with Mr. Wiseman if you are so inclined. He can be reached at:

H:\MCCROREM\DRAFT - 3rd Party Promoter-Client Wiseman.doc

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6320
Fax 212.465.6365

ZFI 0552

dockets.Justia.com

ZFI 0553

Zipporah Films
One Richdale Avenue
Unit #4
Cambridge, Massachusetts 02140
Attention: Frederick Wiseman
Fax: (617) 854-8006; Tel: (617) 576-3603

Anticipating that you might be interested in viewing the film, Mr. Wiseman (through his attorney, Mr. Paul Gardephe at Patterson, Belknap, Webber & Tyler here in New York) has furnished us with copies and has authorized us to forward the enclosed copy to you.

For your convenience in finding the appropriate footage, we have also included a rough outline of the "scenes" comprising the film (however, we suggest you review it in its entirety so as not to miss anything that we may have overlooked).

As previously stated, we believe that it would be most appropriate for you to now address any concerns you might have directly to Mr. Wiseman (or his attorney). Mr. Gardephe has advised that you should feel free to contact him at (212) 336-2310. Please feel free to contact me as well should you have any further questions regarding these matters.

Yours truly,

Robert A. Brandon

cc:   Barry Watkins

**ROBERT A. BRANDON**
Senior Vice President
Legal & Business Affairs



January 31, 2005

DelsenerSlater Enterprises, Ltd.
220 West 42nd Street
11th Floor
New York, New York 10036
Attention: Jim Glancy

Re: "The Garden" Documentary by Frederick Wiseman

Dear Jim:

In 1997, MSG advised members of your on-site production or publicity staff that Mr. Frederick Wiseman, a widely acclaimed documentary filmmaker, would be in our building for several months during which he would be filming MSG management meetings, day-to-day operations and general preparations leading up to the presentation of the many entertainment and sporting events hosted by the Garden every year. During his presence at the Garden, Mr. Wiseman also filmed certain portions of an event we believe to have been promoted by you (Campbells Ice Show) and other productions at the Garden.

Although our written agreement with Mr. Wiseman mandated that he obtain all necessary consents from you and other third parties, it has come to our attention that he may not have obtained such consents. While MSG agreed to advise your organization and other clients on his behalf regarding the filming in order to facilitate the project, most of our clients conditionally permitted the filming subject to a subsequent review and final approval of the footage. It was always our expectation as well as Mr. Wiseman's representation that he would obtain the consent of any third parties who were depicted, or whose events were depicted, in the final version of the documentary prior to distributing it.

Mr. Wiseman did not complete the film and furnish us with a copy for our review until November, 2004. Since seven years had elapsed, we had assumed that Mr. Wiseman had abandoned his project. Thus, it was only recently that we discovered that the film includes footage filmed at your event. Mr. Wiseman intends to exhibit the film at various international film festivals, and has licensed it to PBS for initial broadcast in March, 2005. It is very possible that you will find this film to be an appealing form of promotional exposure for your property. Because you are a valued and long-time client, we are advising you of these matters so that you might pursue the issue further with Mr. Wiseman if you are so inclined. He can be reached at:

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6320
Fax 212.465.6365

H:\MCCROREM\DRAFT - 3rd Party Promoter-Client Wiseman.doc

ZFI 0555

Zipporah Films
One Richdale Avenue
Unit #4
Cambridge, Massachusetts 02140
Attention: Frederick Wiseman
Fax: (617) 854-8006; Tel: (617) 576-3603

Anticipating that you might be interested in viewing the film, Mr. Wiseman (through his attorney, Mr. Paul Gardephe at Patterson, Belknap, Webber & Tyler here in New York) has furnished us with copies and has authorized us to forward the enclosed copy to you.

For your convenience in finding the appropriate footage, we have also included a rough outline of the "scenes" comprising the film (however, we suggest you review it in its entirety so as not to miss anything that we may have overlooked).

As previously stated, we believe that it would be most appropriate for you to now address any concerns you might have directly to Mr. Wiseman (or his attorney). Mr. Gardephe has advised that you should feel free to contact him at (212) 336-2310. Please feel free to contact me as well should you have any further questions regarding these matters.

Yours truly,

Robert A. Brandon

cc:   Barry Watkins

H:\MCCROREM\DRAFT - 3rd Party Promoter-Client Wiseman.doc

ZFI 0556

**ROBERT A. BRANDON**
Senior Vice President
Legal & Business Affairs



MADISON SQUARE GARDEN
*The World's Most Famous Arena*

January 31, 2005

Shomex Productions
2601 Ocean Park Blvd.
Suite 320
Santa Monica CA 90405
Attention: Mr. Lewis Shomer

Re: <u>"The Garden" Documentary by Frederick Wiseman</u>

Dear Mr. Shomer:

In 1997, MSG advised members of your on-site production or publicity staff that Mr. Frederick Wiseman, a widely acclaimed documentary filmmaker, would be in our building for several months during which he would be filming MSG management meetings, day-to-day operations and general preparations leading up to the presentation of the many entertainment and sporting events hosted by the Garden every year. During his presence at the Garden, Mr. Wiseman also filmed certain portions of your event (NAACP Job Fair) and other productions at the Garden.

Although our written agreement with Mr. Wiseman mandated that he obtain all necessary consents from you and other third parties, it has come to our attention that he may not have obtained such consents. While MSG agreed to advise your organization and other clients on his behalf regarding the filming in order to facilitate the project, most of our clients conditionally permitted the filming subject to a subsequent review and final approval of the footage. It was always our expectation as well as Mr. Wiseman's representation that he would obtain the consent of any third parties who were depicted, or whose events were depicted, in the final version of the documentary prior to distributing it.

Mr. Wiseman did not complete the film and furnish us with a copy for our review until November, 2004. Since seven years had elapsed, we had assumed that Mr. Wiseman had abandoned his project. Thus, it was only recently that we discovered that the film includes footage filmed at your event. Mr. Wiseman intends to exhibit the film at various international film festivals, and has licensed it to PBS for initial broadcast in March, 2005. It is very possible that you will find this film to be an appealing form of promotional exposure for your property. Because you are a valued and long-time client, we are advising you of these matters so that you might pursue the issue further with Mr. Wiseman if you are so inclined. He can be reached at:

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6320
Fax 212.465.6365

ZFI 0558

Zipporah Films
One Richdale Avenue
Unit #4
Cambridge, Massachusetts 02140
Attention: Frederick Wiseman
Fax: (617) 854-8006; Tel: (617) 576-3603

    Anticipating that you might be interested in viewing the film, Mr. Wiseman (through his attorney, Mr. Paul Gardephe at Patterson, Belknap, Webber & Tyler here in New York) has furnished us with copies and has authorized us to forward the enclosed copy to you.

    For your convenience in finding the appropriate footage, we have also included a rough outline of the "scenes" comprising the film (however, we suggest you review it in its entirety so as not to miss anything that we may have overlooked).

    As previously stated, we believe that it would be most appropriate for you to now address any concerns you might have directly to Mr. Wiseman (or his attorney). Mr. Gardephe has advised that you should feel free to contact him at (212) 336-2310. Please feel free to contact me as well should you have any further questions regarding these matters.

Yours truly,

Robert A. Brandon

cc:    Barry Watkins

**ROBERT A. BRANDON**
Senior Vice President
Legal & Business Affairs



January 14, 2005

VIA TELECOPY AND MAIL (212) 789-2020
NHL Properties
1251 Avenue of the Americas
New York, New York 10020
Dick Zhand

    Re: "The Garden" Documentary by Frederick Wiseman

Dear Dick:

    In 1997, MSG advised members of your on-site production or publicity staff that Mr. Frederick Wiseman, a widely acclaimed documentary filmmaker, would be in our building for several months during which he would be filming MSG management meetings, day-to-day operations and general preparations leading up to the presentation of the many entertainment and sporting events hosted by the Garden every year. During his presence at the Garden, Mr. Wiseman also filmed certain portions of your event (1997-98 Rangers home games played against the Montreal Canadiens and Ottawa Senators) and other productions at the Garden.

    Although our written agreement with Mr. Wiseman mandated that he obtain all necessary consents from you and other third parties, it has come to our attention that he may not have obtained such consents. While MSG agreed to advise your organization and other clients on his behalf regarding the filming in order to facilitate the project, most of our clients conditionally permitted the filming subject to their subsequent review and final approval of the footage. It was always our expectation as well as Mr. Wiseman's contractual representation that he would obtain the consent of any third parties who were depicted, or whose events were depicted, in the final version of the documentary prior to distributing it.

    Mr. Wiseman did not complete the film and furnish us with a copy for our review until November, 2004. Since seven years had elapsed, we had assumed that Mr. Wiseman had abandoned his project. Thus, it was only recently that we discovered that the film includes footage filmed at your event. Mr. Wiseman intends to exhibit the film later this month at the Sundance Film Festival and at other international film festivals, and has licensed it to PBS for initial broadcast in March, 2005. It is very possible that you will find this film to be an appealing form of promotional exposure for your properties. We are advising you of these matters so that you might pursue the issue further with Mr. Wiseman if you are so inclined. He can be reached at:

Madison Square Garden<br>
Two Pennsylvania Plaza<br>
New York, NY 10121-0091<br>
Tel 212.465.6320<br>
Fax 212.465.6365

H:\MCCROREM\DRAFT - 3rd Party Promoter-Client Wiseman.doc

ZFI 0410

Zipporah Films
One Richdale Avenue
Unit #4
Cambridge, Massachusetts 02140
Attention: Frederick Wiseman
Fax: (617) 854-8006; Tel: (617) 576-3603

Please feel free to call me directly with any further questions.

Yours truly,

Robert A. Brandon

cc:   Barry Watkins

*Dick— I'm asking Wiseman's lawyers to send you the tape directly. B*

**ROBERT A. BRANDON**
Senior Vice President
Legal & Business Affairs



January 14, 2005

**VIA TELECOPY AND MAIL (201) 865-5518**
NBA Entertainment
450 Harmon Meadow Blvd.
Secaucus, New Jersey 07094
David Denenberg

Re: "The Garden" Documentary by Frederick Wiseman

Dear David:

In 1997, MSG advised members of your on-site production or publicity staff that Mr. Frederick Wiseman, a widely acclaimed documentary filmmaker, would be in our building for several months during which he would be filming MSG management meetings, day-to-day operations and general preparations leading up to the presentation of the many entertainment and sporting events hosted by the Garden every year. During his presence at the Garden, Mr. Wiseman also filmed certain portions of your event (1997/98 Knicks home games played against the Houston Rockets, Chicago Bulls and San Antonia Spurs, as well as rehearsal footage for the 1998 NBA All-Star Game half-time show) and other productions at the Garden.

Although our written agreement with Mr. Wiseman mandated that he obtain all necessary consents from you and other third parties, it has come to our attention that he may not have obtained such consents. While MSG agreed to advise your organization and other clients on his behalf regarding the filming in order to facilitate the project, most of our clients conditionally permitted the filming subject to their subsequent review and final approval of the footage. It was always our expectation as well as Mr. Wiseman's contractual representation that he would obtain the consent of any third parties who were depicted, or whose events were depicted, in the final version of the documentary prior to distributing it.

Mr. Wiseman did not complete the film and furnish us with a copy for our review until November, 2004. Since seven years had elapsed, we had assumed that Mr. Wiseman had abandoned his project. Thus, it was only recently that we discovered that the film includes footage filmed at your event. Mr. Wiseman intends to exhibit the film later this month at the Sundance Film Festival and at other international film festivals, and has licensed it to PBS for initial broadcast in March, 2005. It is very possible that you will find this film to be an appealing form of promotional exposure for your properties. We are advising you of these matters so that you might pursue the issue further with Mr. Wiseman if you are so inclined. He can be reached at:

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6320
Fax 212.465.6366

H:\MCCROREM\DRAFT - 3rc Party Promoter-Client Wiseman.doc

ZFI 0420

Zipporah Films
One Richdale Avenue
Unit #4
Cambridge, Massachusetts 02140
Attention: Frederick Wiseman
Fax: (617) 854-8006; Tel: (617) 576-3603

Please feel free to call me directly with any further questions.

                              Yours truly,

                              Robert A. Brandon

cc:    Barry Watkins

*[Handwritten note:] David – I'd expect Fred's lawyer will send you the tape directly. I've asked that he do that. B*

H:\MCCROREM\DRAFT - 3rd Party Promoter-Client Wiseman.doc

ZFI 0421