03/07/2006 13:06   6178648006         ZIPPORAH FILMS                PAGE 14

"B"

**BARRY WATKINS**
Senior Vice President Communications



MADISON SQUARE GARDEN
ITT/Cablevision

February, 1998

To All Concerned:

This letter will serve to introduce Fred Wiseman and crew of Zipporah Films who are filming a documentary about Madison Square Garden to be broadcast on PBS.

Fred is an award-winning film maker whose documentaries have aired on PBS and have been seen worldwide over the years. His goal is to capture the inner workings of our Company with access to the people, events and behind-the-scenes activities that make the Garden "The World's Most Famous Arena."

The project, which will continue into early April, is enthusiastically endorsed by the Garden and we would very much appreciate any and all assistance that you can provide. A Garden public relations representative will be supervising the crew at every event during which filming is taking place.

Thank you in advance for your cooperation and participation with this important endeavor.

Cordially,

cc: David Checketts, President and CEO
    Robert Russo, Executive Vice President and General Manager

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.5920
Fax 212.465.4423

Received Time Mar. 7. 12:35PM

ZFI 0103