03/07/2006 13:06  6178648006  ZIPPORAH FILMS  PAGE 15

"C"

**MADISON SQUARE GARDEN**
ITT/Cablevision

To: Distribution  Date: 2/23/98

From: Bobby Goldwater/Barry Watkins  Phone: 6220

Subject: Garden Documentary Project  Copies: D. Checketts
Executive Committee

As a followup to a meeting today, this memo will confirm procedures and details regarding the production of a documentary film about Madison Square Garden.

Fred Wiseman, an award-winning film maker from Zipporah Films, and his crew of two have embarked on an eight-to-10-week project capturing the inner workings of our Company for a documentary with the working title, "The Garden," to be broadcast on PBS. The crew is self-contained and will require no additional lighting, power, equipment or labor for its work.

Fred's key need is access: to people, meetings, events and behind-the-scenes activities which might be taken for granted by most people but would provide Fred with the depth and texture he is seeking for the film. Based on our meeting, the following items were discussed:

1. All public relations departments will develop a list of recommended topics for Fred's information and consideration by this Friday, February 27. We will review these lists with Fred.
2. Fred and crew will be issued appropriate credentials for every event they will be filming. Each department's public relations liaison will provide instructions on the proper procedures and restrictions, if any, for each event/activity and will contact an event's promoter/executive/organization about the project to receive the necessary advance permission for filming and usage. Please note that Fred and crew have been issued general, temporary Garden ID cards.
3. Fred stated that if any individual feels that an activity or conversation should not be filmed for any reason, the crew will stop recording immediately. It is his practice to ask permission to begin recording before doing so.
4. While it has been agreed that the crew need not be escorted at all times, each public relations department will be responsible for determining when and if the crew should be escorted during its respective events/activities.
5. Fred and crew may not film on the 14th and 16th floors of 2 Penn without being escorted and without advance permission from a department or public relations liaison.
6. The project will be a topic of information at all production meetings for events through early April.

If there are any questions or suggestions regarding the project, please let us know. Thanks to everyone for your enthusiasm and participation.

Received Time Mar. 7. 12:35PM

ZFI 0104