### Upcoming Events & Ideas for PBS Documentary
### Entertainment Publicity Group

### Entertainment Shows

February 28 – March 1:
International Cat Show (Expo Center, 10:00 a.m. – 6:00 p.m.)
- Press previews Tues., Feb. 24 at 11:00 a.m. (6th Fl. press room)
- live remote with WNBC on Friday, Feb. 27, 6:00 – 7:00 a.m. (Expo Center)
- live remote with WNYW on Saturday, Feb. 28 at 11:00 a.m. (Expo Center)
- It might be interesting to shoot another crew, (pending their approval) shooting an event here.

Now through March 14th – Wizard of Oz is rehearsing in Manhattan, but not at Garden. It may be possible to film some of the rehearsals. Also, there may be some fun behind the scenes stuff with hair & makeup people, prop people etc.

March 4 – Wizard of Oz meet and greet at rehearsal studio – 10:30am – Garden VP Tim Hawkins will introduce Garden employees to actors from show.

March 7:
Krutoi & Allegrova Russian Concert (Theater, 8:00 p.m.)

March 8:
OHEL Jewish Concert (Theater, 7:30 p.m.)
-- shoot crowd entering the Theater – to show diversity of events at MSG

March 10:
Job Fair (Expo Center, 12:00 p.m.) – Dylan Wanagiel (465-6776) is the contact

March 12:
Puff Daddy & The Family Concert (Arena, 7:00 p.m.)
-- Again, shooting the entrance might be interesting

March 14:
Discover Stars on Ice Figure Skating (Arena, 8:00 p.m.)
-- special ceremony honoring Scott Hamilton, induction into Garden Walk of Fame at the end of the show. This would be great to capture on film.

-more-

ZFI 0071

Dockets.Justia.com

-2-

March 22:
WWF Wrestling (Arena, 7:30 p.m.)
 -- We'll see if we can secure a back-stage pass, although with all of the politics I
     n WWF it might be difficult.

March 27 – April 13:

Ringling Bros. & Barnum & Bailey (Arena)
 -- We'll work with Circus PR to get you behind the scenes.

April 10:
Essence Awards (Theater, time TBD)
 -- The load in for this event is pretty amazing – it begins loading in on April 6th

April 18-19:
Eric Clapton Concerts (Arena, 8:00 p.m.)

May 1 – 31:
The Wizard of Oz (Theater)

Other events (date/time tbd):                                        APRIL 14th
-  Inflating hot air balloon on top of marquis for The Wizard of Oz
-  Building the Emerald City Marketplace for The Wizard of Oz
-  Elephant walk into the Arena for Ringling Bros.

## ATHLETIC EVENTS

Big East Championship

| | |
|---|---|
| Wed. March 4 | 5 Games (Two sessions – 11:00am & 7:30 pm) |
| Thur. March 5 | 4 Games (Two sessions – 12:00pm & 7:00pm) |
| Fri. March 6 | 2 Games (7:00pm - Semifinals) |
| Sat. March 7 | 1 Game (8:00pm – Finals) |

**OF NOTE:**
Teams entering building (Ramp & 8 Penn)
Media Credential pick—up (31st & 8th Tower B)
Scorers Table/Game Operations
Bands/Cheerleaders (Coordinating)
Locker room area traffic
Press room (Expo Center)
Press Attendants
Post-game press conferences
Arena preparation (Floor/Media seating/Phones)
Mascots
Hospitality (Club/Play-by-Play/Green Room/Suite 200 etc.)
Award presentation

-more-

ZFI 0072

-3-

PSAL Championships
Sun. March 15      3 Games (11:00am, 1:00pm & 3:00PM)

OF NOTE:
Press Conference   Wed. March 11 12:00pm – Club Restaurant
Planning Meeting (TBD)
Cheerleaders
Award presentations
Post-game press

POST SEASON NIT
Tues. March 24      2 Games (7:00 pm)
Thurs. March 26    2 Games (5:00 pm)

OF NOTE:
Shootarounds/Practices      (Mon., Tues., Wed & Thurs)
Press Conference              (Wed. – WTC Marriot)

## PERSONALITIES

Josephine Traina (Dir. Athletics Operations) – follow Josephine around during
        Big East tournament perhaps, to witness the hysteria
Paul Munick (VP Athletics) --
John Urban (VP Family Ent.) – Trail John during Circus – also, attend opening
        night Circus party.
Joel Peresman (VP Concerts) – Perhaps trail Joel before Eric Clapton concert in
        April
Tim Hawkins (VP MSG Productions) – Sit in on one of the weekly "Oz" meetings
        that Tim directs.
Bobby Goldwater – Hang out with Bobby for a day to see the variety of things
        that he does at the Garden
Al Koch – Ticket taker at MSG for 60 years.
Stamatia Berner – Have a camera in Stamatia's office while she's on the phone
        helping out a customer that had a problem at an event.
Anne Marie Dunleavy – Perhaps checking out Anne Marie's workspace, with all
        the flowers she's sent from celebrities, and also catch her on the phone
        with a celeb or two.  Don't know what the status is of Suite 200, but this
        would be a great place, provided every celeb knew beforehand, to have
        the camera.  The camera could catch Anne Marie greeting guests of the
        suite.

ZFI 0073

-4-

Lynton Harris – Madison "Scare" Garden creator – Follow him as he meets with
    potential vendors shopping their horrific wears for Halloween.
Dave Snowden – MSG's manager for Disabled Services – Follow him rolling
    around the arena, checking on handicapped seating during events.
Telephone operators as they answer questions about the Garden


Please contact the following people before shooting any events listed above, as
some of them must gain approval from a host of different people.

Dan Schoenberg – Entertainment & Athletics – 465-6367
Eric Gelfand – Athletics – 465-6659
Beth Hergenhan – Entertainment shows – 465-6360
Cathy Del Priore – Anything pertaining to The Wizard of Oz – 465-6771

ZFI 0074