Zipporah Films, Inc. v. Madison Square Garden, L.P. et al
Case 1:06-cv-06451-DC   Document 18-3   Filed 01/29/2007   Page 1 of 2
Doc. 18 Att. 2

# EXHIBIT 2



ENTERTAINMENT, INC.

January 26, 2005

Julie Alexa Strauss
Vice President
and Corporate Counsel

<u>VIA FACSIMILE</u> – 617.864.8006

Mr. Frederick Wiseman
Zipporah Films
One Richdale Avenue
Unit # 4
Cambridge, MA 02140

Dear Mr. Wiseman:

This will follow up the January 17, 2005 letter from my colleague, Jerome Sowalsky, to you regarding footage taken by you of *Ringling Bros and Barnum & Bailey®* at Madison Square Garden in 1998, some of which footage you seek to include in a documentary film. A copy of Mr. Sowalsky's letter is attached for your convenience.

As you may recall, Mr. Sowalsky asked that you forward all of the footage and related sound track taken of *Ringing Bros.* so we may review the same. We will endeavor to review the footage expeditiously, and request that you forward the same immediately. This request is in accordance with your prior agreement to obtain all necessary consents from us prior to your inclusion of any *Ringling Bros.* related footage in your documentary.

We look forward to hearing from you. Thank you for your cooperation.

Sincerely,

Julie Alexa Strauss

cc. Robert A. Brandon
Senior Vice President, MSG