UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/07

ZIPPORAH FILMS, INC.,

                    Plaintiff,

       - against -

MADISON SQUARE GARDEN, L.P.,
MADISON SQUARE GARDEN CENTER,
INC.,

                    Defendants.

06 CV 6451 (DC)

~~[PROPOSED]~~ REVISED
SCHEDULING ORDER

        THIS MATTER having come before the Court by the joint stipulation of

the parties to this case and for good cause shown; NOW THEREFORE, it is hereby

        ORDERED that:

        1.     <u>Fact Discovery</u>:  Plenary fact discovery shall remain open until July 2,

        2007.

Zipporah Films, Inc. v. Madison Square Garden, L.P. et al                                                 Doc. 21

        2.     <u>Expert Discovery</u>: Expert discovery shall remain open until August 1,

        2007.

        3.     The Final Pretrial Conference conducted pursuant to Fed. R. Civ. P. 16(d)

        shall take place on ~~August 1, 2007 at 10.00 a.m.~~ 8/10/07 at 10 am.

DATED: ~~April ___, 2007~~ 5/1/07

SO ORDERED: 5/1/07

                                    Hon. Denny Chin
                                    U.S.D.J.