# MEMO ENDORSED

## McLAUGHLIN & STERN, LLP
### FOUNDED 1898

STEVEN J. HYMAN
PARTNER
DIRECT DIAL (212) 448-6228
DIRECT FAX (212) 448-6273
email: shyman@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

MILLBROOK OFFICE
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(845) 677-5700
Fax (845) 677-0097

September 10, 2007

**VIA TELECOPIER (212) 805-7906**

Honorable Denny Chin
Judge, United States District Court
Southern District of New York
500 Pearl Street - Room 1020
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2007
```

Re: Zipporah Films, Inc. v. Madison Square Garden, L.P.,
    Madison Square Garden Center, Inc. - 06 CV 6451 (DC)

Dear Judge Chin:

On Friday, September 7, 2007, the Court set a non-jury trial date in the above matter of November 19, 20 and 21, 2007. At the time, our client was in Europe and we were unable to contact him until after the conference.

Zipporah Films, Inc. v. Madison Square Garden, L.P. et al                                              Doc. 23

Our client advises us that he has a prior commitment to make a documentary film of the Paris Opera Ballet Company. In May 2007, he received permission to shoot the documentary for the period October 8, 2007 through December 8, 2007. These dates were selected because the Ballet Company will be rehearsing in Paris and performing there during this period of time. It appears to be the only time that this filming can take place. A crew has been hired and funding obtained from PBS for this documentary. Thus, the dates cannot be moved. Of course, Mr. Weisman's presence is required during the filming of this event.

Under these circumstances, we would request the indulgence of the Court if the date of trial can be moved to sometime after December 8, 2007 at the convenience of the Court and counsel for the other side. We understand this is an imposition, but in view of the fixed schedules related to the filming of this documentary, we respectfully request this two-week change in trial scheduling.

> The trial is adjourned sine die. The parties are on 48-hour notice, but the Court will provide as much notice as possible. SO ORDERED.
>
> 9/24/07